In the Matter of the Estate of F. AUGUSTUS HEINZE, Deceased.

OTTO C. HEINZE, Appellant; WALTER A. FULLERTON, as Administrator of the Estate of F. AUGUSTUS HEINZE, Deceased, and as Guardian of F. AUGUSTUS HEINZE, JR., an Infant, et al., Respondents.

*Matter of Heinze*, 177 App. Div. 939, appeal dismissed.
(Argued November 13, 1917; decided November 20, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 24, 1917, dismissing the appellant's appeal from an order of the Saratoga County Surrogate's Court, denying a motion for a re-argument and affirming a decree of said Surrogate's Court denying an application

for revocation of letters of administration. The respondent moved to dismiss the appeal on the following grounds: (1) That the appellant was not aggrieved by the orders appealed from. (2) That no appeal lay to the Court of Appeals from the order of the Appellate Division affirming the decree of the surrogate, but only from the decree of the Surrogate's Court entered upon the order of the Appellate Division. (3) That no appeal lay to the Court of Appeals from the order of the Appellate Division herein dismissing the appeal from the order denying appellant's motion for a re-argument.

*Franklin Bien* for appellant.

*James A. Leary* for administrator, respondent.

*George H. Sullivan* and *William N. Cromwell* **for** Edwin Gould, respondent.

Appeal dismissed, with costs, on the argument; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, CARDOZO, MCLAUGHLIN, CRANE and ANDREWS, JJ.